IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SUREFOOT L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>SURE FOOT CORPORATION,<br><br>Defendant. | ORDER and MEMORANDUM DECISION<br><br><br><br>Case No. 2:06-CV-554 CW |

For the reasons set forth at the close of the hearing on this matter on February 6, 2009, the Motion to Dismiss of Defendant Sure Foot Corporation (Dkt. No. 44) is DENIED. The parties are instructed to submit a joint proposed scheduling order (or separate proposed orders if they cannot reach agreement) within ten business days of this Order. A status conference to discuss scheduling and other matters will be held on March 6, 2009 at 2:30 p.m.

SO ORDERED this 6th day of February, 2009.

BY THE COURT:

_____
Clark Waddoups
United States District Judge